THE LAW OFFICE OF STEVEN M. CHABRE
STEVEN M. CHABRE  Bar No. 173271
1335 Park Avenue
Alameda, California 94501
Telephone: (510) 749-1440
Facsimile: (510) 749-0466

Attorneys for Plaintiff
SANDRA TINKER

SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
DENNIS G. ROLSTAD  Bar No. 150006
ERIN A. CORNELL  Bar No. 227135
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
VERSATA, INC. GROUP DISABILITY PLAN
(erroneously sued herein as VERSATA, INC. GROUP
DISABILITY INCOME INSURANCE PLAN), and
CONTINENTAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SANDRA TINKER,<br><br>  Plaintiff,<br><br>  v.<br><br>VERSATA, INC. GROUP DISABILITY INCOME INSURANCE PLAN AND CONTINENTAL CASUALTY COMPANY,<br><br>  Defendants. | CASE NO. CV 06-02906 RRB-KJM<br><br>**STIPULATION AND ORDER TO CONTINUE PRETRIAL DATES** |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Sandra Tinker and defendants Versata, Inc. Group Disability Plan and Continental Casualty Company, by and through their attorneys of record herein, that:

PDF created with pdfFactory trial version www.pdffactory.com

1   WHEREAS on April 9, 2007, District Judge David F. Levi signed a Status Pre-Trial Scheduling Order in the above-captioned action, setting the last day to file dispositive motions on January 23, 2008; the last day to hear dispositive motions on February 20, 2008; the Final Pretrial Conference on March 26, 2008; and Trial on May 5, 2008.

WHEREAS on June 15, 2007, Judge Levi reassigned the above-captioned action to District Judge Ralph R. Beistline for all further proceedings. Judge Levi further stated that all dates currently set would remain pending subject to further order of the court.

WHEREAS on June 25, 2007, Judge Beistline filed a Minute Order regarding Motion Practice, providing his procedure for filing and hearing motions. Judge Beistline did not vacate any dates currently pending.

WHEREAS on September 24, 2007, defendants filed a motion for summary judgment. Plaintiff filed her opposition on October 9, 2007. Defendants filed their reply on October 16, 2007, at which time the motion was taken under submission by the Court.

WHEREAS as of the date of this Stipulation, the Court has not ruled upon defendants motion for summary judgment, and therefore the parties hereby stipulate and agree, in accordance with the continued dates suggested by the Court, that the further case management dates in this Action be continued as follows:

1. That the last day to file dispositive motions be continued to February 20, 2008.
2. That the last day to hear dispositive motions be continued to March 19, 2008.
3. That the joint pretrial statement shall be filed by April 18, 2008.
4. That the Pretrial Conference be continued to April 25, 2008 at 3:00 p.m.
5. That the Trial be continued to June 9, 2008 at 9:00 a.m.

SO STIPULATED AND AGREED:

DATED: December 11, 2007        THE LAW OFFICE OF STEVEN M. CHABRE


By: _____
    Steven M. Chabre
    Attorneys for Plaintiff
    SANDRA TINKER

PDF created with pdfFactory trial version www.pdffactory.com

DATED: December 11, 2007         SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Dennis G. Rolstad
Erin A. Cornell
Attorneys for Defendants
VERSATA, INC. GROUP DISABILITY PLAN (erroneously sued herein as VERSATA, INC. GROUP DISABILITY INCOME INSURANCE PLAN), and CONTINENTAL CASUALTY COMPANY

## **ORDER**

Pursuant to the stipulation set forth above and good cause appearing, IT IS HEREBY ORDERED that the deadline for the parties to file dispositive motions is continued to February 20, 2008; the deadline to hear dispositive motions is continued to March 19, 2008; the Pretrial Conference is set for April 25, 2008 at 3:00 p.m.; and Trial is set for June 9, 2008 at 9:00 a.m.

DATED: 12/11/2007

/s/ Ralph R. Beistline
HONORABLE RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com