THE LAW OFFICE OF STEVEN M. CHABRE
STEVEN M. CHABRE  Bar No. 173271
1335 Park Avenue
Alameda, California 94501
Telephone: (510) 749-1440
Facsimile: (510) 749-0466

Attorneys for Plaintiff
SANDRA TINKER

SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
DENNIS G. ROLSTAD  Bar No. 150006
ERIN A. CORNELL  Bar No. 227135
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
VERSATA, INC. GROUP DISABILITY PLAN
(erroneously sued herein as VERSATA, INC. GROUP
DISABILITY INCOME INSURANCE PLAN), and
CONTINENTAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA TINKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VERSATA, INC. GROUP DISABILITY INCOME INSURANCE PLAN AND CONTINENTAL CASUALTY COMPANY,<br><br>　　　　Defendants. | CASE NO. CV 06-02906 RRB-KJM<br><br>**STIPULATION AND ORDER TO CONTINUE PRETRIAL DATES** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Sandra Tinker and defendants Versata, Inc. Group Disability Plan and Continental Casualty Company, by and through their attorneys of record herein, that:

PDF created with pdfFactory trial version www.pdffactory.com

1   WHEREAS on April 9, 2007, District Judge David F. Levi signed a Status Pre-Trial
2   Scheduling Order in the above-captioned action, setting the last day to file dispositive motions on
3   January 23, 2008; the last day to hear dispositive motions on February 20, 2008; the Final Pretrial
4   Conference on march 26,2 008; and Trial on May 5, 2008.
5   WHEREAS on June 15, 2007, Judge Levi reassigned the above-captioned action to
6   District Judge Ralph R. Beistline for all further proceedings.  Judge Levi further stated that all
7   dates currently set would remain pending subject to further order of the court.
8   WHEREAS on June 25, 2007, Judge Beistline filed a Minute Order regarding Motion
9   Practice, providing his procedure for filing and hearing motions.  Judge Beistline did not vacate
10  any dates currently pending.
11  WHEREAS on September 24, 2007, defendants filed a motion for summary judgment.
12  Plaintiff filed her opposition on October 9, 2007.  Defendants filed their reply on October 16,
13  2007, at which time the motion was taken under submission by the Court.
14  WHEREAS due to the upcoming pretrial dates and the pending motion, on December 11,
15  2007, Judge Beistline signed the parties' Stipulation and Proposed Order Continuing Pretrial
16  Dates.  The last day to file dispositive motions was continued to February 20, 2008; the last day
17  to hear dispositive motions was continued to March 19, 2008; the joint pretrial statement was due
18  by April 18, 2008; the Pretrial Conference was continued to April 25, 2008 at 3:00 p.m.; and the
19  Trial was continued to June 9, 2008 at 9:00 a.m.
20  WHEREAS as of the date of this Stipulation, the Court has not ruled upon defendants
21  motion for summary judgment, and therefore the parties hereby stipulate and agree, in accordance
22  with the continued dates suggested by the Court, that the further case management dates in this
23  action be continued as follows:
24      1.   That the last day to file dispositive motions be continued to March 19, 2008.
25      2.   That the last day to hear dispositive motions be continued to April 16, 2008 at
26  10:00 a.m.
27      3.   That the joint pretrial statement shall be filed by May 16, 2008.
28      4.   That the Pretrial Conference by continued to May 23, 2008 at 3:00 p.m.

PDF created with pdfFactory trial version www.pdffactory.com

5. That the Trial be continued to July 7, 2008.

SO STIPULATED AND AGREED:

DATED: January 10, 2008            THE LAW OFFICE OF STEVEN M. CHABRE

By:/s/ Steven M. Chabre
   Steven M. Chabre
   Attorneys for Plaintiff
   SANDRA TINKER

DATED: January 10, 2008            SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:/s/ Erin A. Cornell
   Dennis G. Rolstad
   Erin A. Cornell
   Attorneys for Defendant
   VERSATA, INC. GROUP DISABILITY PLAN
   (erroneously sued herein as VERSATA, INC. GROUP
   DISABILITY INCOME INSURANCE PLAN), and
   CONTINENTAL CASUALTY COMPANY

## **ORDER**

Pursuant to the stipulation set forth above and good cause appearing, IT IS HEREBY ORDERED that the deadline for the parties to file dispositive motions is continued to March 19, 2008; the deadline to hear dispositive motions is continued to April 16, 2008; the Pretrial Conference is set for May 23, 2008; and Trial is set for July 7, 2008.

DATED: January 11, 2008

   /s/ Ralph R. Beistline
   HONORABLE RALPH R. BEISTLINE
   UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com