1  THE LAW OFFICE OF STEVEN M. CHABRE
   STEVEN M. CHABRE  Bar No. 173271
2  1335 Park Avenue
   Alameda, California 94501
3  Telephone: (510) 749-1440
   Facsimile: (510) 749-0466
4
   Attorneys for Plaintiff
5  SANDRA TINKER

6  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
7  DENNIS G. ROLSTAD  Bar No. 150006
   ERIN A. CORNELL  Bar No. 227135
8  One Market Plaza
   Steuart Tower, 8th Floor
9  San Francisco, California 94105
   Telephone: (415) 781-7900
10 Facsimile: (415) 781-2635

11 Attorneys for Defendants
   VERSATA, INC. GROUP DISABILITY PLAN
12 (erroneously sued herein as VERSATA, INC. GROUP
   DISABILITY INCOME INSURANCE PLAN), and
13 CONTINENTAL CASUALTY COMPANY

14
                    UNITED STATES DISTRICT COURT
15
        EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION
16

| | |
|---|---|
| SANDRA TINKER, | CASE NO. CV 06-02906 RRB-KJM |
| Plaintiff, | **STIPULATION AND ORDER RE BRIEFING SCHEDULE FOR RULE 52 CROSS-MOTIONS FOR JUDGMENT** |
| v. | |
| VERSATA, INC. GROUP DISABILITY INCOME INSURANCE PLAN AND CONTINENTAL CASUALTY COMPANY, | |
| Defendants. | |

    Plaintiff Sandra Tinker and defendants Versata, Inc. Group Disability Plan and Continental Casualty Company, by and through their attorneys of record, hereby stipulate and request that the parties file Rule 52 cross-motions for judgment in lieu of a bench trial in this action.  The parties propose the following dates, in accordance with the court's February 14, 2008 Minute Order and

Eastern District Local Rule 78-230:

Plaintiff will file her Rule 52 motion for judgment on April 30, 2008;

Defendants will file their opposition to plaintiff's motion and cross-motion on May 21, 2008;

Plaintiff will file her opposition to defendant's cross-motion and reply on June 4, 2008;

Defendants will file their reply on June 18, 2008;

The hearing will be held on July 9, 2008 at 10:00 a.m.

The parties further stipulate, agree, and request the court take the Final Pre-trial Conference currently set for July 2, 2008, and the Trial currently set for August 11, 2008, off calendar.

SO AGREED AND STIPULATED, AND RESPECTFULLY SUBMITTED FOR THE COURT'S CONSIDERATION:

DATED: April 8, 2008    THE LAW OFFICE OF STEVEN M. CHABRE

By: s/Steven M. Chabre
    Steven M. Chabre
    Attorneys for Plaintiff
    SANDRA TINKER

DATED: April 9, 2008    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: s/Erin A. Cornell
    Dennis G. Rolstad
    Erin A. Cornell
    Attorneys for Defendants
    VERSATA, INC. GROUP DISABILITY PLAN
    (erroneously sued herein as VERSATA, INC. GROUP
    DISABILITY INCOME INSURANCE PLAN), and
    CONTINENTAL CASUALTY COMPANY

## **ORDER**

It is hereby ORDERED that the parties may file Rule 52 cross-motions for judgment in lieu of a bench trial in this action. The pre-trial conference currently set for July 2, 2008 and the trial currently set for August 11, 2008 are taken off calendar.

PDF created with pdfFactory trial version www.pdffactory.com

1     Plaintiff will file her Rule 52 motion for judgment on April 30, 2008;

2     Defendants will file their opposition to plaintiff's motion and cross-motion on May 21,

3 2008;

4     Plaintiff will file her opposition to defendant's cross-motion and reply on June 4, 2008;

5     Defendants will file their reply on June 18, 2008;

6     The hearing will be held on July 9, 2008 at 10:00 a.m.

7     IT IS SO ORDERED.

DATED: April 18, 2008

                                  /s/ Ralph R. Beistline
                                Honorable Ralph R. Beistline
                                United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com