Steven M. Chabre, SBN 173271
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA 94501
Telephone: (510) 749-1440
Facsimile: (510) 749-0466

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA TINKER,<br><br>       Plaintiff,<br><br>  v.<br><br>VERSATA, INC. GROUP DISABILITY INCOME INSURANCE PLAN AND CONTINENTAL CASUALTY COMPANY,<br><br>       Defendants. | Case No.. 2:06-CV-02906-JAM-KJM<br><br>**STIPULATION AND<br>ORDER REGARDING DAMAGES** |

Plaintiff SANDRA TINKER ("Plaintiff"), and Defendants VERSATA, INC. GROUP DISABILITY INCOME INSURANCE PLAN and CONTINENTAL CASUALTY COMPANY, by and through their respective counsel of record, hereby stipulate to the following:

1. Defendants will not appeal any aspect of the District Court's orders or judgment in this case;

2. Defendants will pay plaintiff the past-due disability benefits owed from July 2003 through July 2008 in the amount of $171,959;

3. Defendants will pay plaintiff attorney's fees in the amount of $60,900;

4. Defendants will pay plaintiff costs in the amount of $412.49;

5. Defendants will pay plaintiff pre-judgment interest in the amount of $9,942;

6. Defendants will pay post-judgment interest in the amount of $322.42;

7. Defendants will send payment to plaintiff's attorney for items 1-6 above, which total $243,535.91, no later than August 25, 2008;

1
STIPULATION AND [PROPOSED] ORDER RE DAMAGES (2:06-CV-2906-JAM-KJM)

PDF created with pdfFactory trial version www.pdffactory.com

8. Plaintiff, upon delivery to her counsel of the sums set forth in paragraph 7, will file with this court a satisfaction of judgment in a form acceptable to Defendants; and

9. No later than August 31, 2008 defendants will reinstate plaintiff's monthly disability insurance benefit of $2,819 per month by sending her a check in that amount for the month of August, 2008. Defendants will continue to pay plaintiff monthly disability insurance benefits so long as plaintiff continues to satisfy the terms and conditions of the insurance policy at issue, including showing that she is disabled as that term is defined in the policy.

IT IS SO STIPULATED.

DATED: August __, 2008        By:_____
                                               Steven M. Chabre
                                               Attorney for Plaintiff
                                               SANDRA TINKER

DATED: August 12, 2008        By:_____
                                               Dennis G. Rolstad
                                               Sedgwick, Detert, Moran & Arnold LLP
                                               Attorneys for Defendants
                                               VERSATA, INC. GROUP DISABILITY
                                               PLAN, and CONTINENTAL CASUALTY
                                               COMPANY

## **ORDER**

PURSUANT TO STIPULATION and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. Defendants will not appeal any aspect of the District Court's orders or judgment in this case;

2. Defendants will pay plaintiff the past-due disability benefits owed from July 2003 through July 2008 in the amount of $171,959;

3. Defendants will pay plaintiff attorney's fees in the amount of $60,900;

4. Defendants will pay plaintiff costs in the amount of $412.49;

5. Defendants will pay plaintiff pre-judgment interest in the amount of $9,942;

6. Defendants will pay post-judgment interest in the amount of $322.42;

-2-
STIPULATION AND [PROPOSED] ORDER RE DAMAGES (2:06-CV-2906-JAM-KJM)

PDF created with pdfFactory trial version www.pdffactory.com

7. Defendants will send payment to plaintiff's attorney for items 1-6 above, which total $243,535.91, no later than August 25, 2008;

8. Plaintiff, upon delivery to her counsel of the sums set forth in paragraph 7, will file with this court a satisfaction of judgment in a form acceptable to Defendants; and

9. No later than August 31, 2008 defendants will reinstate plaintiff's monthly disability insurance benefit of $2,819 per month by sending her a check in that amount for the month of August, 2008. Defendants will continue to pay plaintiff monthly disability insurance benefits so long as plaintiff continues to satisfy the terms and conditions of the insurance policy at issue, including showing that she is disabled as that term is defined in the policy.

IT IS SO ORDERED.

DATED: August 13, 2008

/s/ John A. Mendez
Honorable John A. Mendez
U.S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com